IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK MORRIS,**
**ADC #156949**                                                                                      **PLAINTIFF**

v.                          Case No. 1:15-cv-00126-KGB-JJV

**MILGRIM, Sergeant,**
**Grimes Unit,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Mark Morris has objected to the Proposed Findings and Recommendations (Dkt. No. 7). After careful review of the Proposed Findings and Recommendations, the objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, this case is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this case counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Additionally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 8th day of December, 2016.

_____
Kristine G. Baker
United States District Court Judge