**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARK MORRIS,**
**ADC #156949**                                                                                                          **PLAINTIFF**

v.                           Case No. 1:15-cv-00126-KGB-JJV

**MILGRIM, Sergeant,**
**Grimes Unit,** *et al.*                                                                                                **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied, and the case is closed. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 8th day of December, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Court Judge